UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF CRAIG MILLET and THE ESTATE OF BRENNA MILLETT,<br><br>Defendants. | 26-cv-8904 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On November 17, 2026, the parties informed the Court that they have reached a settlement. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated.

All pending deadlines are hereby suspended, and the Clerk is respectfully directed to close this case.

SO ORDERED.

Dated: New York, NY
November 17, 2026

JED S. RAKOFF, U.S.D.J.